UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
BERNARDUS HENRICUS
FUNNEKOTTER, HERMANNES VAN
DUREN, JR., MARGARETA VAN
DUREN, DICKY ROELANDA
BREYTENBACH, ROMELIA
GWENDOLYN FISHER, MAX WILLEM
ARTHUR GRAAF VAN RECHTEREN
LIMPURG, ROLF JAN PHILIP
WALRAVEN, WESSEL JOHANNES
WELLER, LOEKIE WELLER, JOHAN
PIETER WELLER, LION HELLMUT
BENJAMINS, CAREL FREDERIK DES
TOMBE, ERICA HANSEN,

                 Petitioners,           Case No.: 09-cv-8168

      against                **NOTICE OF FILING PETITION TO CONFIRM ARBITRATION AWARD**

REPUBLIC OF ZIMBABWE,       **PURSUANT TO 22 U.S.C. § 1650a**

            Respondent.
-----------------------------------------------------x


To:   Republic of Zimbabwe


Ms. Fatima Maxwell          The Honorable Attorney General
Director, Civil Division of the     Mr. J. Tomana
Attorney General's Office      Blocks B and E
2nd Floor, Block A           New Government Complex
New Government Complex      Cnr. Samora Machel Ave.,/4th Street
Cnr. Samora Machel Ave., /4th Street  Harare, Zimbabwe
Harare, Zimbabwe

Mr. Philip Kimbrough        Ministry of Foreign Affairs
Kimbrough & Associés        S. S. Mumbengegwi
7 bis, rue de Monceau        Munhumutapa Building
75008 Paris                Samora Machel Ave
France                   Harare, Zimbabwe

Minister of Finance                     Embassy of Zimbabwe
Honorable Tendai Biti                   Simbi Veke Mubako
New Government Complex                   1608 New Hampshire Ave
Cnr. Samora Machel Ave.,/4th Street     Washington, , DC 20009
Harare, Zimbabwe

PLEASE TAKE NOTICE that on 22 September 2009, a certified copy of the judgment entered in the International Centre for Settlement of Investment Disputes (ICSID) on 22 April 2009, was filed in the office of the clerk of the Southern District of New York, pursuant to 22 U.S.C. § 1650a.  Attached to this notice, you will find a copy of the petition filed with the court on 24 September 2009.  The Petitioners filed this petition with the court in order to collect the judgment entered against the Republic of Zimbabwe by the ICSID.  The Republic of Zimbabwe is named as the Respondent in this action because they are the Respondents in the ICSID judgment that the Petitioners are asking the court to enforce.

Dated: October 15, 2009.

                         Respectfully submitted,


                         /s/ Todd A. Bromberg
                         Todd A. Bromberg (TB8212)
                         Wiley Rein LLP
                         1776 K Street, NW
                         Washington, DC 20006
                         202-719-7357
                         202-719-7049 (facsimile)
                         TBromberg@wileyrein.com

                         *Attorney for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October 2009 a true and correct copy of the foregoing document was served via express international delivery service, postage prepaid, to counsel for defendant in this matter:

> Ms. Fatima Maxwell
> Director, Civil Division of the Attorney General's Office
> 2nd Floor, Block A
> New Government Complex
> Cnr. Samora Machel Ave., /4th Street
> Harare, Zimbabwe

> The Honorable Attorney General
> Mr. J. Tomana
> Blocks B and E
> New Government Composite Building
> Cnr. Samora Machel Ave.,/4th Street
> Harare, Zimbabwe

> Mr. Philip Kimbrough
> Kimbrough & Associés
> 7 bis, rue de Monceau
> 75008 Paris
> France

and to:

> Minister of Finance
> Honorable Tendai Biti
> New Government Complex
> Cnr. Samora Machel Ave.,/4th Street
> Harare, Zimbabwe

> Embassy of Zimbabwe
> Simbi Veke Mubako
> 1608 New Hampshire Ave
> Washington, , DC 20009

/s/ Todd A. Bromberg
Todd A. Bromberg (TB8212)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
202-719-7357
202-719-7049 (facsimile)
TBromberg@wileyrein.com

*Attorney for Petitioner*

13050698.4