UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FUNNEKOTTER et al.,
                Plaintiffs,

-V-

REPUBLIC OF ZIMBABWE
                Defendants.

**CERTIFICATE OF MAILING**

09 CV 8168 (CM)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

12th day of January, 2010

I served the

**Notice of Petition to Confirm Arbitration Award**
**Petition to Confirm Arbitration Award**
**Affidavit of Charles O. Verrill, Jr.**
**ICSID Award**

pursuant to the Federal Rule of Civil Procedure 28 U.S.C § 1608 (a)(3) filed and issued herein on the,

24th day of September, 2009

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8658 2496 5169**

J. Michael McMahon
CLERK

Dated: New York, NY



**Wiley Rein LLP**

1776 K STREET NW
WASHINGTON, DC 20006
PHONE 202.719.7000
FAX 202.719.7049

7925 JONES BRANCH DRIVE
McLEAN, VA 22102
PHONE 703.905.2800
FAX 703.905.2820

www.wileyrein.com

October 15, 2009

**VIA OVERNIGHT DELIVERY**

Clerk of the Court
J. Michael McMahon
U.S. District Court
Southern District of New York

Todd Bromberg
202.719.7357
Tbromberg@wileyrein.com

---

**FedEx International Air Waybill** /0431/0500/0038591296/9

**1 From**
Date:
Sender's FedEx Account Number: 1086-3558-4
Sender's Name: Todd A Bromberg
Phone: 202 719-7229
Company: WILEY REIN LLP
Address: 1750 K ST NW # LL
City: WASHINGTON    State/Province: DC
Country: US    ZIP/Postal Code: 200062305

**2 To**
Recipient's Name: Simbacashe Mumbengegwi    Phone: 011-00-727005/9
Company: Ministry of Foreign Affairs
Address: Munhumutapa Building
Address: Samora Machel Ave.
City: Harare
Country: Zimbabwe

**3 Shipment Information**
Total Packages: 1
Commodity Description: Documents - No commercial value
Country of Manufacture: US
Value for Customs: NONE

**4 Express Package Service**
☒ FedEx Intl. Priority

**5 Packaging**
☒ FedEx Envelope

**7a Payment** Bill transportation charges to:
☒ Sender

**8 Your Internal Billing Reference**
80994-0003

FedEx Tracking Number: 8658 2496 5169

Total Value for Carriage (Specify Currency): NONE

521
0402