# RICHARD A. ROBERTS, ESQ.
COUNSELOR AT LAW
200 EAST POST ROAD
WHITE PLAINS, NEW YORK 10601

WWW.RICHARDAROBERTS.COM


RECEIVED
MAY 9 - 2011
CHAMBERS OF
COLLEEN McM...

(914) 668-6622 Office     **MEMO ENDORSED**     (866) 983-9981 Fax

VIA FACSIMILE 212-805-6326 & FIRST CLASS MAIL

May 9, 2011

The Honorable Colleen McMahon
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:   Funnekotter, et al. V. Republic of Zimbabwe
      Case No.: 1:09-cv-8168

Dear Judge McMahon:

*[Handwritten endorsement: "5/10/11 Ask the Magistrate. This matter is referred to him/her. Colleen McM"]*

On May 5, 2011, my office received an electronic notice by the Court of an order transferring the above-referenced case to Magistrate Judge Theodore H. Katz by Your Honor. My associate, Sharon Rose, called Your Honor's Chambers on May 6, 2011 and spoke with a member of your staff. Although we mistakenly believed that the attorney for the Plaintiff, Wiley Rein LLP, had filed a motion that complained about a "discovery dispute," Ms. Rose was informed that Your Honor had in fact received a letter, not a motion.

I am now memorializing the fact that this communication that the Court received by Wiley Rein LLP was in fact ex parte. My office to date has not received by mail, facsimile or email, although counsel for the Plaintiff has all of the aforementioned information to contact me, the letter that was sent to Your Honor regarding the discovery dispute.

I am bringing this issue to Your Honor's attention for your consideration as to what action, if any, should be taken against Wiley Rein LLP.

Very truly yours,

Richard A. Roberts
cc: Todd Bromberg, Wiley Rein LLP

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/11
```