UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARDUS HENRICUS FUNNEKOTTER, HERMANNES VAN DUREN, JR., MARGARETA VAN DUREN, DICKY ROELANDA BREYTENBACH, ROMELIA GWENDOLYN FISHER, MAX WILLEM ARTHUR GRAAF VAN RECHTEREN LIMPURG, ROLF JAN PHILIP WALRAVEN, WESSEL JOHANNES WELLER, LOEKIE WELLER, JOHAN PIETER WELLER, LION HELLMUT BENJAMINS, CAREL FREDERIK DES TOMBE, ERICA HANSEN,<br><br>                        Petitioners,<br><br>-against-<br><br>REPUBLIC OF ZIMBABWE,<br><br>                        Respondent. | 09 Civ. 8168 (CM)<br><br><br><br><br><br>**AFFIDAVIT OF SERVICE** |
| BERNARDUS HENRICUS FUNNEKOTTER *et al.*,<br><br>                        Plaintiffs,<br><br>-against-<br><br>AGRICULTURAL DEVELOPMENT BANK OF ZIMBABWE, MINERALS MARKETING CORPORATION OF ZIMBABWE, ZB BANK LIMITED, ZIMBABWE MINING DEVELOPMENT CORPORATION, ZIMRE HOLDINGS LIMITED and REPUBLIC OF ZIMBABWE,<br><br>                        Defendants. | 13 Civ. 1917 (CM) |

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK  )

Matthew Lyden, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 570 Lexington Avenue, 25th Floor, New York, New York 10022.

2. On February 1, 2016, I served by First Class Mail true and correct copies of: (i) Notice of Motion for Writs of Execution Pursuant to Fed. R. Civ. P. 69(a) and 28 U.S.C. § 1610, dated February 1, 2016, together with the Proposed Order annexed thereto; (ii) Memorandum of Law in Support of Motion for Writs of Execution Pursuant to Fed. R. Civ. P. 69(a) and 28 U.S.C. § 1610, dated February 1, 2016; (iii) Declaration of Charles R. Jacob III, dated February 1, 2016, together with Exhibits 1-3 and the publicly filed cover page for Exhibit 4, which Exhibit was filed under seal and contained information subject to confidentiality orders in the above-referenced actions; and (iv) the letter of Charles R. Jacob III to Hon. Colleen McMahon, dated February 1, 2016, on:

> Richard A. Roberts, Esq.
> 200 East Post Road
> White Plains, NY 10601
> *Counsel for the Non-ZB Bank Defendants*

by depositing true and correct copies of same properly wrapped in an envelope, in a receptacle maintained for that purpose by the United States Postal Service at the corner of 50th Street and Third Avenue, New York, New York.

3. On February 1, 2016, I served by First Class Mail true and correct copies of the foregoing documents on:

> Edward P. Gilbert, Esq.
> Morrison Cohen LLP
> 909 Third Avenue
> New York, NY 10022
> *Counsel for defendant ZB Bank Limited*

by depositing true and correct copies of same properly wrapped in an envelope, in a receptacle maintained for that purpose by the United States Postal Service at the corner of 50th Street and Third Avenue, New York, New York.

    4.  On February 1, 2016, I served by Airmail true and correct copies of the foregoing documents on:

>Republic of Zimbabwe
>c/o S. S. Mumbengegwi
>Minister of Foreign Affairs
>Ministry of Foreign Affairs
>Munhumutapa Building, Samora Machel Ave
>P.O. Box 4240
>Harare, Zimbabwe

by depositing true and correct copies of same properly wrapped in an envelope, in a receptacle maintained for that purpose by the United States Postal Service at the corner of 50th Street and Third Avenue, New York, New York.

    5.  On February 1, 2016, I served by Federal Express true and correct copies of the foregoing documents on:

>Priya Aiyar, Esq.
>Acting General Counsel
>United States Treasury
>1500 Pennsylvania Avenue, NW
>Washington D.C. 20220

by delivering true and correct copies of the same properly wrapped in an envelope to a branch of Federal Express located at 641 Lexington Avenue, New York, New York.

    6.  On February 1, 2016, I served by Federal Express true and correct copies of the foregoing documents on:

Office of Foreign Assets Control
U.S. Department of the Treasury
Treasury Annex
1500 Pennsylvania Avenue, NW
Washington, DC 20220
Attn:  Licensing Division

by delivering true and correct copies of the same properly wrapped in an envelope to a branch of Federal Express located at 641 Lexington Avenue, New York, New York.

_____
Matthew Lyden

Sworn to before me this
3rd day of February 2016

_____
Notary Public

MAUREEN GALLAGHER
Notary Public, State of New York
No. 01GA4706185
Qualified in New York County
Commission Expires September 30, 2017